UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WENDY TISDALE,

            Plaintiff,

v.

NATIONAL AMBULANCE & OXYGEN SERVICE, INC., d/b/a American Medical Response,

            Defendant.

---

STIPULATION OF VOLUNTARY DISMISSAL

Civil No. 6:21-cv-06315-FPG-MJP

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued on the merits with prejudice, and without costs to any party as against the others. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: February 28, 2022
Fairport, New York

JAMES D. HARTT, ESQ.
ATTORNEY AT LAW

By: s/James D. Hartt
James D. Hartt, Esq.
*Attorneys for Plaintiff*
6 North Main Street, Suite 200F
Fairport, NY 14450
Telephone (585) 425-8682
Fax: 1-(716) 299-2006
Email: james@harttlegal.com

Dated: February 28, 2022
Pittsford, New York

HARRIS BEACH PLLC

By: s/Daniel J. Moore
Daniel J. Moore
*Attorneys for Defendant*
99 Garnsey Road
Pittsford, NY 14534
Telephone (585) 419-8800
Facsimile (585) 419-8817
Email: dmoore@harrisbeach.com

SO ORDERED THIS ___ DAY OF _____ 20__

HON. FRANK P. GERACI, JR.
Chief U.S. District Judge